## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**RAMIRO VASQUEZ**                    **CIVIL ACTION**

**VERSUS**                           **NO. 18-7831**

**CHARLES CRAWFORD, ET AL.**         **SECTION D(5)**

### <u>ORDER OF DISMISSAL</u>

The Court having been advised that all of the parties to this action have firmly agreed upon a compromise,

**IT IS ORDERED** that this action be and is hereby dismissed without costs and without prejudice to the right, upon good cause shown, to reopen the action if settlement is not consummated within a reasonable time. The Court retains jurisdiction to enforce the compromise agreed upon by the parties.

**COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, <u>EVERY</u> <u>WITNESS</u> MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.**

New Orleans, Louisiana, this 16th day of September, 2019.

**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**